Judge Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>                    Plaintiff,              )<br>                                                              )<br>          v.                                          )<br>                                                              )<br>MAXIMILIANO VIDAL-MEDINA,  )<br>                                                              )<br>                    Defendant.           )<br>_____) | NO. CR02-374C<br><br>ORDER CONTINUING TRIAL |

THIS MATTER comes before the Court on a motion by the United States to continue the trial date. Having considered the entirety of the record and files herein, the Court finds that failure to grant a continuance would likely result in a miscarriage of justice. The case is very complex. There were originally 23 defendants, all charged in the conspiracy count with the defendant. The evidence includes over 1,000 intercepted telephone conversations, all in Spanish, 17 residential search warrants, and many video and audio tapes. The case is three years old, and many of the witnesses now live out of state, including the lead case agent.

It is unreasonable to expect adequate preparation for trial before the current trial date of July 26, 2004. The Court further finds that the interests of the public and the defendants in a speedy trial in this case are outweighed by the ends of justice.

IT IS NOW, THEREFORE, ORDERED that trial in this matter be continued to October 17, 2005, and that the time between the date of this Order and the new trial date

Order Continuing Trial
and Motions/CR02-374C –1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  be excludable time under the Speedy Trial Act pursuant to Title 18, United States Code,

2  Sections 3161(h)(8)(A), 3161(h)(8)(B)(i),(ii) and (iv).

3    IT IS FURTHER ORDERED that pre-trial motions shall be filed on or before

4  September 8, 2005.

5    Dated this _27th_ day of__July_, 2005

           _____
           UNITED STATES DISTRICT JUDGE

10 Presented by:

s/Douglas B. Whalley
DOUGLAS B. WHALLEY
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
(206) 553-4882, Fax:  (206) 553-4440
E-mail: douglas.whalley@usdoj.gov
Washington State Bar #4625

Order Continuing Trial
and Motions/CR02-374C –2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970